UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
MICHAEL FIORE & SUSAN FIORE,

        Plaintiffs,

        v.                             No. 6:07-CV-797-DHL-GHL

TOWN OF WHITESTOWN, NEW YORK;
TOWN OF WHITESTOWN POLICE
DEPARTMENT; BRIAN BROOKS, in his
individual and official capacity; DANIEL
SULLIVAN, in his individual and official
capacity; NORMAN ULINSKI, in his individual
and official capacity; & DONALD WOLANIN,
in his individual and official capacity,

        Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DAVID N. HURD
United States District Judge

## O R D E R

Pursuant to the oral decision of the court, entered into the record after hearing oral argument on June 25, 2010, in Utica, New York, it is hereby

ORDERED that

(1) Defendants' motion for summary judgment of plaintiffs' federal claims under Causes of Action One, Two, and Eleven is GRANTED and these claims are DISMISSED with prejudice;

(2) Defendants' motion for summary judgment of plaintiffs' state law claims under Causes of Action Three, Four, Five, Six, Seven, Eight, Nine, Ten, and Twelve is GRANTED and these claims are DISMISSED without prejudice to allow plaintiffs to re-plead such claims in the appropriate state court; and

(3) The Clerk of the Court is directed to enter a judgment accordingly.

IT IS SO ORDERED.

_____
United States District Judge

Dated: June 25, 2010
        Utica, New York